UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANTHONY MARMO                                   ORDER OF DISMISSAL
        Plaintiff,                     FOR FAILURE TO
  -v-                                            PROSECUTE
                                                   CV-04-4451(TCP)

SHOREHAM-WADING RIVER SCHOOL
DISTRICT
        Defendants.
-----------------------------------------------------X

    IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute. There having been no activity in this case since May 5, 2005 and there was no response to the request for a written status report filed on December 12, 2006.

    IT IS FURTHER ORDERED that the Clerk of the Court is directed to mark the case closed.


                                      /s/
                                      Thomas C. Platt
                                      U.S. District Judge


Dated: Central Islip, NY
       February 26, 2007